*E-FILED - 1/31/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ROBERTO AGUILAR-ESCOBEDO,<br><br>             Defendant. | CASE NO. CR-03-20082-RMW<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

   Petitioner has filed an application to proceed in forma pauperis on his appeal from the court's denial of his §2255 motion.  The petition to proceed in in forma pauperis status is granted on the claim for which the court ordered a certificate of appealability.

   Dated: January 28, 2011

*Ronald M Whyte*
_____
Ronald M. Whyte
United States District Judge

Copy of Order Mailed to:

Roberto Aguilar-Escobedo
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814